| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56 2/86) | CRIMINAL DOCKET - U.S. District Court | | | | (LAST, FIRST, MIDDLE) | | Case Filed Mo. Day Yr. | Docket No. |
| | PO ☐ | 0648 | 02 Assigned | 4817 Disp./Sentence | N WRIT N JUVENILE N ALIAS | ● VS. HEAD, Dwayne E. | 07 20 89 | 00154 |
| | Misd. ☐ Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | No. of Def's ● U.S. MAG. CASE NO. ▶ | |

| | U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|---|
| I. CHARGES | 21:841(a)(1) and 18:2 | Distribution of Sched II Sub (crack) CT 1, 3, 4 | 3 |
| | 21:856(a)(2) and 18:2 | Making available a residence for use in drug trafficking    CT 2 | 1 |

FILED
07-PT-348-TFH
FEB 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUPERSEDING COUNTS

II. KEY DATE
INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint
END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 7/20/89 APPLICABLE:
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver
KEY DATE:
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐Ind1 ☐Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn
END INTERVAL TWO — KEY DATE — APPLICABLE:
☐ Dismissal ☐ Pled guilty ☐ Nolo {After ☐ Trial (voir dire) b ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds  ☐ W.P. ☐ WOP |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

III. MAGISTRATE

| | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant: Issued / Return | | | PRELIMINARY EXAMINATION {Date Scheduled ▶ | OR REMOVAL HEARING ☐ {Date Held ▶ | | ☐ DISMISSED  HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons: Issued / Served | | | ☐ WAIVED   ☐ NOT WAIVED | Tape Number | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ INTERVENING INDICTMENT | | | |
| COMPLAINT ▶ | | | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ ☐ ☐ 20 21 40 In

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
Mike Burns

Defense: 1 ☒ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

Terry K. Sherman
52 W. WHITTIER ST
COLUMBUS OHIO 43206
444-8800   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

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE ON 7/20/89 - 2/14/07
JAMES BONINI, CLERK
BY: [signature]
Deputy Clerk
DATE: 2/15/07

BAIL ● RELEASE
PRE- INDICTMENT
Release Date
Bail ☐ Denied            ☐ Fugit
                         ☐ Pers.
AMOUNT SET              ☐ PSA
$                        Conditions
Date Set                 ☐ 10% D
                         ☐ Surety
☐ Bail Not Made          ☐ Collate
Date Bond Made           ☐ 3rd Pr
                         ☐ Other

POST—INDICTMENT
Release Date
Bail ☐ Denied            ☐ Fugit
                         ☐ Pers.
AMOUNT SET              ☐ PSA
$                        Conditions
Date Set                 ☐ 10% D
                         ☐ Surety
☐ Bail Not Made          ☐ Collate
Date Bond Made           ☐ 3rd Pr
                         ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |

| DATE DOCUMENT NO. | Yr 89 | Docket No. 00154 | Def 01 | V. PROCEEDINGS | | | EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Tot. Days |
|---|---|---|---|---|---|---|---|---|---|
| 7-20-89 | 1 | | | INDICTMENT | | | | | |
| 8-25-89 | 2 | | | Deft motion for discovery per Rule 16 | | | | | |
| 8-31-89 | | | | ARRAIGNMENT: Deft pleaded NOT guilty to Counts 1,2,3 & 4; trial date set for 10/11/89 | | | | | |
| 9-6-89 | 3 | | | Gover's response to #2 | | | | | |
| 9-15-89 | 4 | | | Deft Motion for extension of time to file motions | | | | | |
| 9-15-89 | 5 | | | Deft Motion to adopt co-defendants' motions | | | | | |
| 9-15-89 | 6 | | | Deft Motion for hearing re. conspiracy/co-conspirator statements | | | | | |
| 9-15-89 | 7 | | | Deft Motion for disclosure of Rule 404(b) evidence | | | | | |
| 9-15-89 | 8 | | | Deft Motion for suppression | | | | | |
| 9-15-89 | 9 | | | Deft Motion for disclosure of impeaching information | | | | | |
| 9-15-89 | 10 | | | Deft Motion to compel | | | | | |
| | | | | (Motions 4-10 all have accompanying request for oral hearing) | | | | | |
| 9-21-89 | 11 | | | Govern Response to #7 | | | | | |
| 9-21-89 | 12 | | | Govern Response to #6 | | | | | |
| 9-21-89 | | | | Trial date reset for 10/25/89 due to arraignment of 3 co-defendants | | | | | |
| 10-25-89 | 13 | | | Order pursuant to motion of co-deft #5 to continue trial date to 12/5/89 | | | | | |
| 10-31-89 | 14 | | | Goevrn RESPONSE to defendant's Motion for disclosure & impeaching inform.(#7,#9) | | | | | |
| 10-31-89 | 15 | | | Govern RESPONSE to defendant's Motion to suppress (#8) | | | | | |
| 12-4-89 | 16 | | | PLEA AGREEMENT | | | | | |
| 12-4-89 | | | | CHANGE OF PLEA: Deft withdrew NOT guilty plea to CT 3 of the Indictment and entered a plea of guilty; court accepted the guilty plea and the plea agreement which had been entered into and signed by all parties; CT's 1, 2 and 4 to be dismissed at sentencing; restitution is not a factor; PSI ordered; at request of defense counsel the court directed that the defendant be moved to a facility that can evaluate and treat his medical needs and that can provide security while he awaits sentencing; deft remains in fed. custody. | | | | | |
| 12-11-89 | 17 | | | ORDER(GCS) committing deft to Springfield, Missouri for purpose of medical evaluation and treatment;cmtc | | | | | |
| 3-1-90 | 18 | | | NOTICE of govern to deft re substantial assistance | | | | | |
| 3-6-90 | 19 | | | MOTION of deft to withdraw guilty plea | | | | | |
| 3-6-90 | 20 | | | MOTION of deft to compel specific performance of plea agreement | | | | | |
| 3-14-90 | | | | HEARING: Re. #19, #20 and sentencing of deft; court denied #19 and denied #20; written order to follow. | | | | | |
| 3-14-90 | 21 | | | Exhibit A from hearing by deft | | | | | |
| 3-14-90 | 22 | | | Exhibit B from hearing by deft | | | | | |
| 3-14-90 | 23 | | | Deft's Objections to PSI | | | | | |
| 3-14-90 | | | | SENTENCING: Deft committed to 235 months imprisonment; 5 years supervised release; $50.00 special assessment; no fine; CT's 1,2 & 4 dismissed. | | | | | |
| 3-15-90 | 24 | | | JUDGMENT & COMMITMENT ORDER(GCS) | | | | | |
| 3-19-90 | 25 | | | MOTION(deft) to include in the record PSI and Info. sub. during Pre-sentence proc. | | | | | |
| 3-19-90 | 26 | | | DEFTS NOTICE OF APPEAL OF 3-14-90 JUDGMENT | | | | | |
| 4-4-90 | 27 | | | ORDER (GCS) RELATING TO 3-14-90 HEARING RE #19 + #20; cmtc | | | | | |
| 4-12-90 | | | | Transcript of 12/4/89 proceedings | | | | | |
| 4-12-90 | | | | Transcript of 3/13/90 proceedings | | | | | |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs  DWAYNE E. HEAD

AO 256A

Yr. CR-2-89-154-1 | Docket No. | Def

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 7-12-90 | RECORD CERTIFIED TO USCA 6th: 1 vol pleadings 2 vol transcripts  1 sealed PSI | |
| 3/25/91 | 28  INFORMATION COPY OF USCA 6th: the district courts judgment is affirmed in part and reversed in part and remanded in part  # 90-3288 | |
| 7/10/91 | 29  ORDER OF USCA 6th: the judgment of deft Swanson is vacated and the case is remanded for further proceedings consistent with the opinion; the judgment of defts Stewart and Black are affirmed; the judgment of deft Head is affirmed in part and remanded in part for further proceedings consistent with the opinion | |
| 7-31-91 | 30  Motion of deft for recusal of trial Judge | |
| 7-31-91 | 31  Motion of deft for substitution of counsel | |
| 8-6-91 | 32  Motion of defense counsel Sherman to withdraw as trial counsel | |
| 8-14-91 | 33  ORDER(GCS) denying #30, #31, and #32;cmtc | |
| 10/8/91 | 34  Govt. Sentencing Submission | |
| 10/8/91 | RESENTENCING:  Def. recommitted to 235 Mos. imprisonment, 5 yrs. supervised release, $50.00 sp. assessment, Def. requested the Clerk to file and appeal.  his Atty. | |
| 10/11/91 | 35  ORDER (GCS) re: Sentence (attached to J&C) | |
| 10/15/91 | 36  JUDGMENT (Pursuant to remand by 6th Circuit Court of Appeals.) | |
| 10/22/91 | 37  DEFTS NOTICE OF APPEAL OF 10/15/91 ORDER no fees paid # 91-4077 | |
| 11/26/91 | Transcript of proceedings | |
| 12/6/91 | 38  Letter from Df. | |
| 3/11/92 | RECORD Certified to USCA 6th:  1 vol pleadings; 2 vols transcript. | |
| 6/2/92 | 39  INFORMATION COPY from USCA 6th:  affirming district Court. | |
| 6/22/92 | 40  Order - Affirmed District Court's decision mandated | |
| 7/16/92 | Appeal Record Returned from usca 6th | |
| 9/16/92 | 41  Motion to vacate sentence (C-2-92-833) | |
| 10/20/92 | 42  Request (gov) for extension of time | |
| 10/23/92 | 43  Order (GCS) granting #42 | |
| 12/3/92 | 44  Response to #41 mot. to vacate | |
| 12/23/93 | 45  Memo Contra (dft) to #44 | |
| 3/31/93 | 46  order (GCS) denying #41 | |
| 5/3/93 | 47 - NOTICE OF APPEAL TO USCA 6th | |
| 7/13/93 | 48 - ORDER (GCS) FINDING PROBABLE CAUSE FOR APPEAL | |
| 5/14/93 | Rule 11.  to USCA 6th   93-3529 USCA II | |

Interval (per Section II) | Start Date End Date | Ltr. To Code Da

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 8/30/93 | Rec'd to USCA 6th 1 vol. pleadings | | | | |
| 12/10/93 | 49 - ~~info~~ copy (USCA 6th) 2 vol. transcript affirming Dist. Court Order | | | | |
| 1/24/96 | 50 - Motion to Vacate §2255 | | | | |
| 1/26/96 | 51 - Order (NMK) gov't to respond to #50 w/in 20 days. | | | | |
| 1/29/96 | 52 - Memo Contra (gov't) to #50 | | | | |
| 12/13/06 | Remark: Judge Smith signed Order to transfer supervision to District of Columbia. | | | | |
| 2/14/06 | 53 - Order transferring supervision to the District of Columbia 07-PT-348-TFH to Judge Thomas Hogan | | | | |



**United States District Court**
Southern District of Ohio

Chambers of
**George C. Smith**
District Judge

85 Marconi Boulevard
Columbus 43215

February 15, 2007

Nancy Mayer-Whittington, Clerk
1834 E Barrett Prettyman
333 Constitution Avenue NW
Washington, DC 20001-2802

07-PT-348-TFH

Re: Transfer of Jurisdiction of Dwayne E. Head OHSD CR-2-89-154(1)

Dear Ms. Mayer-Whittington:

    Enclosed please find a certified copy of the docket sheet for the above referenced case. The original case file has been shipped to our archives in Chicago. If you require the actual charging document and Judgment please let me know and I will request the case file be returned and I will forward them to your office.

    If you require further information or have any questions regarding this case please contact me at (614) 719-3222.

Very truly yours,

Lisa Wright
Courtroom Deputy

enc.

**FILED**

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Attachment*