ROYCE C. LAMBERTH, CHIEF JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO RELEASE

UNITED STATES OF AMERICA

vs.

**Dwayne Head**                                                                 **Docket No.:** 07-PT-348

TO: DIRECTOR, DEPARTMENT OF CORRECTIONS

It is hereby **ORDERED** that Dwayne Head having appeared before the Court, on July 2, 2010, in the above case be released from Third Party Custody to the custody of the United States States Probation Office on August 30, 2010, at 8am.

_8/16/10_
**Date**

_Royce C. Lamberth_
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE