# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 07-PT-348 (RCL) |
| | ) | |
| **DWAYNE E. HEAD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is defendant Dwayne Head's Emergency Motion for Release to Transitional Housing [20]. On July 2, 2010, this Court issued a Release Order [17] for Mr. Head's release to the third party custody of the Department of Corrections for placement in a halfway house. The Court's Order was to expire after 180 days. Mr. Head has been residing at Hope Village since August 30, 2010.

On November 12, 2010, Mr. Head advised the Federal Public Defender that he had been accepted into a transitional housing program. The Court's Release Order has not yet expired. The U.S. Probation Office has advised the Court that Mr. Head can be placed in a transitional housing program upon expiration of the Court's Release Order. Accordingly, it is hereby

ORDERED that Mr. Head's motion is DENIED.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on November 24, 2010.