1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES OF AMERICA,    :  PT Number 07-348
                             :
            Government,       :
                             :  Washington, D.C.
     v.                      :  Friday, May 14, 2010
                             :  10:54 a.m.
DWAYNE E. HEAD,              :
                             :
            Defendant.       :
                             :
- - - - - - - - - - - - - - x
```

**TRANSCRIPT OF HEARING ON VIOLATION**
**BEFORE THE HONORABLE ROYCE C. LAMBERTH**
**UNITED STATES CHIEF JUDGE**

APPEARANCES:

```
For the Government:          CATHERINE K. CONNELLY, ESQUIRE
                             U.S. Attorney's Office
                             555 Fourth Street, N.W.
                             Washington, DC  20030


For the Defendant:           DANI JAHN, ESQUIRE
                             ASSISTANT PUBLIC DEFENDER
                             OFFICE OF PUBLIC DEFENDER
                             SERVICE FOR THE
                             DISTRICT OF COLUMBIA
                             625 Indiana Avenue, N.W.
                             Washington, D.C.  20004
                             (202) 208-7500


Court Reporter:              THERESA M. SORENSEN, CVR-CM
                             Official Court Reporter
                             U.S. Courthouse, Room 6519
                             333 Constitution Avenue, NW
                             Washington, DC  20001
                             (202) 354-3118
```

# P R O C E E D I N G S

THE DEPUTY CLERK:  Probation Transfer Case 07-348, the United States of America versus Dwayne E. Head.  Ms. Connelly on behalf of the government, Ms. Jahn on behalf of the defendant, and Ms. Byrne for the Probation Office.

THE WITNESS:  Did you get an update on our other cases?

THE DEPUTY CLERK:  I did, Your Honor, but I'm not sure that it is a terribly helpful or accurate update.  I went down and I reviewed the Superior Court jacket several days ago, and advised them of what was happening in District Court.  They informed me that Mr. head had a hearing yesterday in Superior Court in a simple assault matter.  The AUSA who is assigned to the case called me last evening at my request and indicated that the status hearing was held and that a new date was set for three weeks.

When I arrived in Court this morning, I learned from Ms. Jahn and from the probation officer that a bench warrant had been issued, and that the defendant had not, in fact, appeared yesterday because he was not brought up in Superior Court.

I reached out to the AUSA again and just spoke to him, and he indicated, no, our jacket says that the hearing was held.

I'm inclined to believe the probation officer and

1   the defendant only because, as I think the Court is aware,

2   the misdemeanor calendar in Superior Court tends to be a

3   little chaotic.  The AUSA I was speaking to is, in fact,

4   assigned the case, but he was not on calendar yesterday and

5   so he wasn't in the courtroom.  All he is working off of is

6   his jacket, which says the defendant was there, and I

7   suspect that was in error.

8           So I will try to track down the AUSA who was

9   actually in the courtroom, but they are in the courtroom

10  again this morning and so I haven't been able to reach out

11  to them.

12          I can tell you that they did inform defense

13  counsel by e-mail, because I have a copy of that e-mail,

14  that no plea was being offered in the simple assault or the

15  ADW case, that they were going to extend a global plea if

16  the defendant was interested in one.  So currently there is

17  no plea offer outstanding.  I can say with certainty that

18  the ADW case has been bound over for grand jury, and no

19  additional dates have been set.  It sounds as though a bench

20  warrant has been issued in the simple assault case, but --

21          THE COURT:  And what happened in the ADW case in

22  terms of bond status?

23          MS. CONNELLY:  The defendant was not held in the

24  ADW case, but they did hold him in the simple assault case

25  as a violation of his release in that case.  So he is on PR

4

1    in the ADW case, and he was held in the simple assault case,

2    and that information, which I'm getting from my office and

3    both AUSAs, is consistent with what seems to be in the court

4    files and that the probation office has.

5              THE COURT:  And the government wants to still

6    trail this?

7              MS. CONNELLY:  Yes, but we also feel that given

8    the increasing violence of the defendant's activities that

9    he should be held as we trail the Superior Court cases.

10             THE COURT:  All right.  Ms. Jahn.

11             MS. JAHN:  Your Honor, just to clarify, the simple

12   assault judge in Superior Court apparently was waiting to

13   find out what the judge in the ADW case was going to do.

14   That judge in the ADW case then released Mr. Head, and Mr.

15   Head was then supposed to reappear back before the simple

16   assault judge, I think with the expectation that if the ADW

17   judge had released him, he would then be re-released on the

18   simple assault case.  What makes it even more complicated

19   now is that yesterday, for reasons unknown, he was not

20   brought over, and now there is a bench warrant and a failure

21   to appear.  One additional factor that is going to happen

22   this morning is that Mr. Head also had another Superior

23   Court case this morning for --

24             THE COURT:  This morning?

25             MS. JAHN:  -- this morning for the DUI case.  So

1    it seems to me that now there's going to be another warrant

2    issued, and that will need to get quashed.

3            So he needs to rectify what is going on over at

4    Superior Court, and I will try my best to make sure he can

5    get over there to at least show that he was not woefully

6    failing to appear.

7            THE COURT:  Today, right.

8            MS. JAHN:  I'll try to do that today, at least get

9    a handle on who his lawyers are.

10           THE COURT:  I'll talk to the marshal about whether

11   he could get over there today so maybe that lawyer can take

12   care of that one.

13           MS. JAHN:  That would be very helpful.  Thank you,

14   Your Honor.

15           THE COURT:  Yes.

16           MS. JAHN:  I spoke with Ms. Byrne about Mr. Head

17   and his situation, and I believe that Ms. Byrne will

18   indicate that she does not oppose his release to a halfway

19   house.  We're not asking for him to be released back into

20   the community.  He has all of these different cases going

21   on, but he's always been consistently working.  Ms. Byrne

22   indicated he always has been consistently honest with her

23   about issues in his life, and he has admitted to these

24   alcohol related problems, and he is seeking to gain some

25   assistance with regard to that.  So I think, at least with

1    regard to Mr. Head and our proposition, is that he be

2    released in this case to a halfway house.  I believe, until

3    all the other matters are quashed in terms of all these

4    other bench warrants, he's not going to go anywhere.  Then,

5    when there is space in the halfway house, he could then go

6    to the halfway house, begin working, and then Ms. Byrne, I

7    think, will try to get him into an in-patient alcohol and

8    drug treatment center.  That's what we would be asking for

9    at this time.  And, of course, trailing the outcome of these

10   other matters.  I would suggest if we could come back

11   sometime after the three-week period because government

12   counsel indicated there is a new date, although I don't know

13   if that's true or not, but perhaps if we came back in a

14   month we'd have a better handle on things.

15            THE COURT:  All right.

16            Does the government oppose that?

17            MS. CONNELLY:  We do, Your Honor.  With all due

18   respect to the statements that the defendant has been

19   honest, the evidence actually shows that that's not, in

20   fact, the case, or at least the reports do show that.  He

21   didn't always disclose his recent arrests, and, in fact, he

22   claimed he was incarcerated on one charge and, thus, was

23   unable to report for a hearing when they, in fact, checked

24   and he had not been incarcerated at that time.  So not only

25   has he not been honest, but there is, of course, concern

1  about the violent behavior and the fact that it seems to

2  have escalated significantly with each of these rearrests,

3  of which there have been about six while the defendant has

4  been on release, and I think three of the petitions are

5  within the last month.

6  THE COURT:  Well, I think the course for this

7  Court will be to bring you back in 30 days and see what the

8  other judges have done in the meantime.  I'm not opposed --

9  if they are going to find their conditions under which they

10  can release the defendant to some sort of release here, but

11  I think I'll give them the chance to work at that, and so

12  I'll just set a further status here in 30 days and hope Ms.

13  Connelly and the defendant can figure out what each judge is

14  doing over there.  I will ask the marshals if they can get

15  him over to Superior Court today so that he can get before

16  that court today.

17  If he did not appear yesterday, perhaps you can

18  call that AUSA to see if he could appear in both of those

19  today.  And then depending on what develops, if you want to

20  call me for an earlier status, I'll set an earlier one.  But

21  we'll set a date for 30 days so we have something set.  June

22  14th at 10:30, does that work?

23  MS. CONNELLY:  Yes, Your Honor.

24  THE COURT:  Okay.  Thanks very much, counsel.

25  MS. CONNELLY:  Your Honor, will he be held on --

1          THE COURT:  He will be remanded pending June 14th

2   or an earlier status if the Superior Court judges see fit to

3   release him.

4          MS. CONNELLY:  Thank you.

5       **(Whereupon, the proceedings in the above-entitled**

6   **matter were concluded at 11:01 a.m.)**

7

8

9

10                   **CERTIFICATE OF REPORTER**

11          I certify that the foregoing is a correct

12   transcript from the record of proceedings in the

13   above-entitled matter.

14

15                   _____

16                        Theresa M. Sorensen, CVR-CM

17                        Official Court Reporter

18

19

20

21

22

23

24

25

# 0

07-348 [2]  1/3 2/2

# 1

10:30 [1]  7/22
10:54 [1]  1/5
11:01 [1]  8/6
14 [1]  1/5
14th [2]  7/22 8/1

# 2

20001 [1]  1/24
20004 [1]  1/19
20030 [1]  1/14
2010 [1]  1/5
202 [2]  1/20 1/24
208-7500 [1]  1/20

# 3

30 [3]  7/7 7/12 7/21
3118 [1]  1/24
333 [1]  1/23
348 [2]  1/3 2/2
354-3118 [1]  1/24

# 5

555 [1]  1/14

# 6

625 [1]  1/19
6519 [1]  1/23

# 7

7500 [1]  1/20

# A

a.m [2]  1/5 8/6
able [1]  3/10
about [5]  5/10 5/16 5/23 7/1 7/3
above [2]  8/5 8/13
above-entitled [2]  8/5 8/13
accurate [1]  2/9
activities [1]  4/8
actually [2]  3/9 6/19
additional [2]  3/19 4/21
admitted [1]  5/23
advised [1]  2/11
ADW [8]  3/15 3/18 3/21 3/24 4/1 4/13 4/14  4/16
after [1]  6/11
again [2]  2/22 3/10
ago [1]  2/11
alcohol [2]  5/24 6/7
all [7]  3/5 4/10 5/20 6/3 6/3 6/15 6/17
also [2]  4/7 4/22
although [1]  6/12
always [3]  5/21 5/22 6/21
AMERICA [2]  1/3 2/3
another [2]  4/22 5/1
anywhere [1]  6/4
apparently [1]  4/12
appear [4]  4/21 5/6 7/17 7/18
APPEARANCES [1]  1/12
appeared [1]  2/20
are [5]  3/9 5/9 6/3 7/4 7/9
arrests [1]  6/21
arrived [1]  2/17
as [4]  3/1 3/19 3/25 4/9
ask [1]  7/14
asking [2]  5/19 6/8
assault [8]  2/13 3/14 3/20 3/24 4/1 4/12 4/16  4/18
assigned [2]  2/14 3/4

assistance [1]  5/25
ASSISTANT [1]  1/17
Attorney's [1]  1/13
AUSA [5]  2/14 2/22 3/3 3/8 7/18
AUSAs [1]  4/3
Avenue [2]  1/19 1/23
aware [1]  3/1

# B

back [5]  4/15 5/19 6/10 6/13 7/7
be [12]
because [4]  2/20 3/1 3/13 6/11
been [12]
before [3]  1/10 4/15 7/15
begin [1]  6/6
behalf [2]  2/4 2/4
behavior [1]  7/1
being [1]  3/14
believe [3]  2/25 5/17 6/2
bench [4]  2/18 3/19 4/20 6/4
best [1]  5/4
better [1]  6/14
bond [1]  3/22
both [2]  4/3 7/18
bound [1]  3/18
bring [1]  7/7
brought [2]  2/20 4/20
Byrne [5]  2/5 5/16 5/17 5/21 6/6

# C

calendar [2]  3/2 3/4
call [2]  7/18 7/20
called [1]  2/14
came [1]  6/13
can [9]
care [1]  5/12
case [19]
cases [3]  2/7 4/9 5/20
CATHERINE [1]  1/13
center [1]  6/8
certainty [1]  3/17
CERTIFICATE [1]  8/10
certify [1]  8/11
chance [1]  7/11
chaotic [1]  3/3
charge [1]  6/22
checked [1]  6/23
CHIEF [1]  1/10
claimed [1]  6/22
clarify [1]  4/11
CM [2]  1/22 8/16
COLUMBIA [2]  1/1 1/18
come [1]  6/10
community [1]  5/20
complicated [1]  4/18
concern [1]  6/25
concluded [1]  8/6
conditions [1]  7/9
CONNELLY [3]  1/13 2/4 7/13
consistent [1]  4/3
consistently [2]  5/21 5/22
Constitution [1]  1/23
copy [1]  3/13
correct [1]  8/11
could [4]  5/11 6/5 6/10 7/18
counsel [3]  3/13 6/12 7/24
course [3]  6/9 6/25 7/6
court [20]
Courthouse [1]  1/23
courtroom [3]  3/5 3/9 3/9
currently [1]  3/16
CVR [2]  1/22 8/16
CVR-CM [2]  1/22 8/16

# D

D.C [2]  1/4 1/19
DANI [1]  1/16
date [3]  2/16 6/12 7/21
dates [1]  3/19
days [4]  2/11 7/7 7/12 7/21
DC [2]  1/14 1/24
defendant [12]
defendant's [1]  4/8
DEFENDER [2]  1/17 1/17
defense [1]  3/12
depending [1]  7/19
develops [1]  7/19
did [5]  2/6 2/8 3/12 3/24 7/17
didn't [1]  6/21
different [1]  5/20
disclose [1]  6/21
DISTRICT [4]  1/1 1/1 1/18 2/11
do [4]  4/13 5/8 6/17 6/20
does [3]  5/18 6/16 7/22
doing [1]  7/14
don't [1]  6/12
done [1]  7/8
down [2]  2/10 3/8
drug [1]  6/8
due [1]  6/17
DUI [1]  4/25
DWAYNE [2]  1/6 2/3

# E

e-mail [2]  3/13 3/13
each [2]  7/2 7/13
earlier [3]  7/20 7/20 8/2
entitled [2]  8/5 8/13
error [1]  3/7
escalated [1]  7/2
ESQUIRE [2]  1/13 1/16
even [1]  4/18
evening [1]  2/14
evidence [1]  6/19
expectation [1]  4/16
extend [1]  3/15

# F

fact [6]  2/20 3/3 6/20 6/21 6/23 7/1
factor [1]  4/21
failing [1]  5/6
failure [1]  4/20
feel [1]  4/7
figure [1]  7/13
files [1]  4/4
find [2]  4/13 7/9
fit [1]  8/2
foregoing [1]  8/11
Fourth [1]  1/14
Friday [1]  1/5
further [1]  7/12

# G

gain [1]  5/24
get [8]  2/6 5/2 5/5 5/8 5/11 6/7 7/14 7/15
getting [1]  4/2
give [1]  7/11
given [1]  4/7
global [1]  3/15
go [2]  6/4 6/5
going [8]  3/15 4/13 4/21 5/1 5/3 5/20 6/4 7/9
government [6]  1/4 1/13 2/4 4/5 6/11 6/16
grand [1]  3/18

# H

had [6]  2/12 2/19 2/19 4/17 4/22 6/24
halfway [4]  5/18 6/2 6/5 6/6

**H**

handle [2] 5/9 8/14
happen [1] 4/21
happened [1] 3/21
happening [1] 2/11
has [9]
have [7] 3/13 3/19 6/14 7/2 7/3 7/8 7/21
haven't [1] 3/10
he [30]
he's [2] 5/21 6/4
head [8] 1/6 2/3 2/12 4/14 4/15 4/22 5/16 6/1
hearing [5] 1/9 2/12 2/15 2/23 6/23
held [6] 2/15 2/24 3/23 4/1 4/9 7/25
helpful [2] 2/9 5/13
her [1] 5/22
here [2] 7/10 7/12
him [7] 2/23 3/24 4/17 5/19 6/7 7/15 8/3
his [7] 3/6 3/25 5/9 5/17 5/18 5/23 6/21
hold [1] 3/24
honest [3] 5/22 6/19 6/25
Honor [6] 2/8 4/11 5/14 6/17 7/23 7/25
HONORABLE [1] 1/10
hope [1] 7/12
house [4] 5/19 6/2 6/5 6/6

**I**

I'll [5] 5/8 5/10 7/11 7/12 7/20
I'm [4] 2/8 2/25 4/2 7/8
in-patient [1] 6/7
incarcerated [2] 6/22 6/24
inclined [1] 2/25
increasing [1] 4/8
Indiana [1] 1/19
indicate [1] 5/18
indicated [4] 2/15 2/23 5/22 6/12
inform [1] 3/12
information [1] 4/2
informed [1] 2/12
interested [1] 3/16
is [21]
issued [3] 2/19 3/20 5/2
issues [1] 5/23
it [5] 2/9 3/19 4/18 5/1 7/1

**J**

jacket [3] 2/10 2/23 3/6
JAHN [4] 1/16 2/4 2/18 4/10
judge [7] 1/10 4/12 4/13 4/14 4/16 4/17 7/13
judges [2] 7/8 8/2
June [2] 7/21 8/1
jury [1] 3/18
just [3] 2/22 4/11 7/12

**K**

know [1] 6/12

**L**

LAMBERTH [1] 1/10
last [2] 2/14 7/5
lawyer [1] 5/11
lawyers [1] 5/9
learned [1] 2/17
least [4] 5/5 5/8 5/25 6/20
life [1] 5/23
little [1] 3/3

**M**

mail [2] 3/13 3/13
make [1] 5/4
makes [1] 4/18
marshal [1] 5/10
marshals [1] 7/14
matter [3] 2/13 8/6 8/13

matters [2] 6/3 6/10
Maybe [1] 3/2
maybe [1] 5/11
me [4] 2/12 2/14 5/1 7/20
meantime [1] 7/8
misdemeanor [1] 3/2
month [2] 6/14 7/5
more [1] 4/18
morning [6] 2/17 3/10 4/22 4/23 4/24 4/25
Mr [6] 2/12 4/14 4/14 4/22 5/16 6/1
Ms [10]
much [1] 7/24
my [3] 2/15 4/2 5/4

**N**

N.W [2] 1/14 1/19
need [1] 5/2
needs [1] 5/3
new [2] 6/16 6/12
no [4] 2/23 3/14 3/17 3/18
not [17]
now [3] 4/19 4/20 5/1
Number [1] 1/3
NW [1] 1/23

**O**

off [1] 3/5
offer [1] 3/17
offered [1] 3/14
office [5] 1/13 1/17 2/5 4/2 4/4
officer [2] 2/18 2/25
Official [2] 1/22 8/17
Okay [1] 7/24
one [5] 3/16 4/21 5/12 6/22 7/20
only [2] 3/1 6/24
oppose [2] 5/18 6/16
opposed [1] 7/8
other [5] 2/6 6/3 6/4 6/10 7/8
our [3] 2/6 2/23 6/1
out [4] 2/22 3/10 4/13 7/13
outcome [1] 6/9
outstanding [1] 3/17
over [7] 3/18 4/20 5/3 5/5 5/11 7/14 7/15

**P**

patient [1] 6/7
pending [1] 8/1
perhaps [2] 6/13 7/17
period [1] 6/11
petitions [1] 7/4
plea [3] 3/14 3/15 3/17
PR [1] 3/25
probation [5] 2/2 2/5 2/18 2/25 4/4
problems [1] 5/24
proceedings [2] 8/5 8/12
proposition [1] 6/1
PT [1] 1/3
PUBLIC [2] 1/17 1/17

**Q**

quashed [2] 5/2 6/3

**R**

re [1] 4/17
re-released [1] 4/17
reach [1] 3/10
reached [1] 2/22
reappear [1] 4/15
rearrests [1] 7/2
reasons [1] 4/19
recent [1] 6/21
record [1] 8/12
rectify [1] 5/3
regard [1] 5/25 6/1

related [1] 5/24
release [6] 3/25 5/18 7/4 7/10 7/10 8/3
released [5] 4/14 4/17 4/17 5/19 6/2
remanded [1] 8/1
report [1] 6/23
Reporter [4] 1/22 1/22 8/10 8/17
reports [1] 6/20
request [1] 2/15
respect [1] 6/18
reviewed [1] 2/14
right [3] 4/10 5/7 6/15
Room [1] 1/23
ROYCE [1] 1/10

**S**

say [1] 3/17
says [2] 2/23 3/6
see [3] 7/7 7/18 8/2
seeking [1] 5/24
seems [3] 4/3 5/1 7/1
SERVICE [1] 1/18
set [6] 2/16 3/19 7/12 7/20 7/21 7/21
several [1] 2/10
she [1] 5/18
should [1] 4/9
show [2] 5/5 6/20
shows [1] 6/19
significantly [1] 7/2
simple [8] 2/13 3/14 3/20 3/24 4/1 4/11 4/15
  4/18
situation [1] 5/17
six [1] 7/3
so [13]
some [2] 5/24 7/10
something [1] 7/21
sometime [1] 6/11
SORENSEN [2] 1/22 8/16
sort [1] 7/10
sounds [1] 3/19
space [1] 6/5
speaking [1] 3/3
spoke [2] 2/22 5/16
statements [1] 6/18
STATES [4] 1/1 1/3 1/10 2/3
status [5] 2/15 3/22 7/12 7/20 8/2
still [1] 4/5
Street [1] 1/14
suggest [1] 6/10
Superior [10]
supposed [1] 4/15
sure [2] 2/9 5/4
suspect [1] 3/7

**T**

take [1] 5/11
talk [1] 5/10
tell [1] 1/3
tends [1] 3/2
terms [2] 3/22 6/3
terribly [1] 2/9
Thank [2] 5/13 8/4
Thanks [1] 7/24
that [46]
that's [3] 6/8 6/13 6/19
their [1] 7/9
them [3] 2/11 3/11 7/11
then [7] 4/14 4/15 4/17 6/4 6/5 6/6 7/19
there [10]
there's [1] 5/1
THERESA [2] 1/22 8/16
these [5] 5/20 5/23 6/3 6/9 7/2
they [9]
things [1] 6/14

## T

think [7]  3/1 4/16 5/25 6/7 7/4 7/6 7/11
this [10]
those [1]  7/18
though [1]  3/19
three [3]  2/16 6/11 7/4
three-week [1]  6/11
thus [1]  6/22
time [2]  6/9 6/24
today [6]  5/7 5/8 5/11 7/15 7/16 7/19
track [1]  3/8
trail [2]  4/6 4/9
trailing [1]  6/9
transcript [2]  1/9 8/12
Transfer [1]  2/2
treatment [1]  6/8
true [1]  6/13
try [4]  3/8 5/4 5/8 6/7

## U

U.S [2]  1/13 1/23
unable [1]  6/23
under [1]  7/9
UNITED [4]  1/1 1/3 1/10 2/3
unknown [1]  4/19
until [1]  6/2
up [1]  2/20
update [2]  2/6 2/9

## V

versus [1]  2/3
very [2]  5/13 7/24
violation [2]  1/9 3/25
violence [1]  4/8
violent [1]  7/1

## W

waiting [1]  4/12
want [1]  7/19
wants [1]  4/5
warrant [4]  2/19 3/20 4/20 5/1
warrants [1]  6/4
was [21]
Washington [4]  1/4 1/14 1/19 1/24
wasn't [1]  3/5
we [7]  4/7 4/9 6/8 6/10 6/13 6/17 7/21
we'd [1]  6/14
we'll [1]  7/21
We're [1]  5/19
week [1]  6/11
weeks [1]  2/16
Well [1]  7/6
went [1]  2/10
were [2]  3/15 8/6
what [10]
when [3]  2/17 6/5 6/23
Whereupon [1]  8/5
whether [1]  5/10
which [4]  3/6 4/2 7/3 7/9
while [1]  7/3
who [3]  2/14 3/8 5/9
will [9]
within [1]  7/5
woefully [1]  5/5
work [2]  7/11 7/22
working [3]  3/5 5/21 6/6
would [4]  4/17 5/13 6/8 6/10

## Y

Yes [3]  4/7 5/15 7/23
yesterday [5]  2/13 2/20 3/4 4/19 7/17
you [7]  2/6 3/12 5/13 7/7 7/17 7/19 8/4
Your [6]  2/8 4/11 5/14 6/17 7/23 7/25