**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,  : PT Number 07-348
                          :
         Government,      :
                          : Washington, D.C.
    v.                    : Wednesday, November 9, 2011
                          : 10:15 a.m.
DWAYNE E. HEAD,           :
                          :
         Defendant.       :
                          :
- - - - - - - - - - - - - x

**TRANSCRIPT OF HEARING ON VIOLATION
BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES CHIEF JUDGE**

APPEARANCES:

For the Government:         CATHERINE K. CONNELLY, ESQUIRE
                            U.S. Attorney's Office
                            555 Fourth Street, N.W.
                            Washington, DC  20030

For the Defendant:          GREGORY SPENCER, ESQUIRE
                            ASSISTANT PUBLIC DEFENDER
                            OFFICE OF PUBLIC DEFENDER
                            SERVICE FOR THE
                            DISTRICT OF COLUMBIA
                            625 Indiana Avenue, N.W.
                            Washington, D.C.  20004
                            (202) 208-7500

Court Reporter:             THERESA M. SORENSEN, CVR-CM
                            Official Court Reporter
                            U.S. Courthouse, Room 6519
                            333 Constitution Avenue, NW
                            Washington, DC  20001
                            (202) 354-3118

**P R O C E E D I N G S**

THE DEPUTY CLERK: Probation Transfer Case 07-348, the United States of America versus Dwayne E. Head. Ms. Connelly on behalf of the government, Mr. Spencer on behalf of the defendant, and Mr. Kevin Dick for the Probation Office.

THE COURT: I assume, Mr. Spencer, you want to trail this to that December hearing, and then the simplest way the probation officer was suggesting was we simply issue a summons and set this for a further date?

MR. SPENCER: Yes, Your Honor, but may I -- after discussing this matter with Mr. Head, he, as the Court knows, at all of his other previous hearings before this Court, he was represented by Ms. Dani Jahn, who is out on maternity leave, and so I'm trying to cover her shoes today. So I was trying to catch up with the case with Mr. Head. He anticipated that he would have already been sentenced by today's hearing because it was scheduled for November 1, but I understand it's been continued to December 16th.

THE COURT: It got put over, yes.

MR. SPENCER: Mr. Head has indicated he wants to try to resolve this matter today. He wants to try to get everything over. I told him that I would ask the Court to consider one or two suggestions. It appears that his supervision would normally expire on November 13th of this

1   year.  I know that, according to Ms. Jahn's memo to file,
2   Mr. Head spent approximately three months and 20 days in
3   custody on this case before the Court agreed to release him
4   to a halfway house because he had gainful employment with
5   the Trust Ellucian Group as a laborer.  Mr. Head asked me to
6   request that the Court consider terminating his supervision
7   because he had served the three months and 20 days, and he
8   would still face the punishment in Superior Court.  So it is
9   not like he would be released immediately, but at least he
10  would be in the process of getting his life back together.
11  He believes that he still has the opportunity of employment
12  with the company he had worked for, but because of the
13  problems he has had in this area, living in this area,
14  particularly because he's not from this area, I think his
15  case was transferred here for supervision because he moved
16  here with his brother to hopefully resolve some issues, he
17  hopes to, once he completes everything that has resulted in
18  his incarceration in this area, he wants to try to get back
19  to his home and just start over there.
20            The other option I could suggest to the Court is
21  that the conviction itself is the violation.  The Court does
22  not have to wait for the sentence particularly before it
23  finds that Mr. Head is in violation of his supervision and
24  imposes some type of punishment upon Mr. Head.  So we would
25  also ask the Court to consider, if the Court is not wanting

1  to terminate his supervision, to consider just violating his
2  supervision because of the conviction.  Mr. Head's advisory
3  guidelines, I believe, is 7 to 13 months.  As we have
4  indicated, he has served about three and a-half months on
5  this matter already.  We would ask the Court to consider
6  imposing a sentence of time served, and if not that, at
7  least impose some sentence upon Mr. Head so that he doesn't
8  have to come back to this Court later in December.  He just
9  wants to try to resolve his matters, Judge Lamberth.  If you
10  would like to hear from he, he would certainly like to
11  address those issues.
12          According to Ms. Jahn's memo, and I have no reason
13  to doubt it, but according to her memo to the file that for
14  a period of time he -- I guess after he got released from
15  the halfway house he was dealing with his alcohol problems,
16  remained drug free, and he was working with the Trust
17  Ellucian Group again as a laborer, and he indicated to me
18  that he worked on the Martin Luther King Memorial and out at
19  NIH.  I think he does have his head squared away.  He's
20  trying to just, you know, get this behind him.  Those are
21  the things he had asked me to request of the Court.
22          THE COURT:  All right.  Let me hear from Ms.
23  Connelly first.
24          MS. CONNELLY:  Your Honor, may I remain seated and
25  use the microphone?

1        THE COURT: Yes.

2        MS. CONNELLY: Thank you.

3        Your Honor, in terms of the violation, it's my

4    understanding that this is a Grade A violation, and I

5    believe the range for that would be 30 to 37 months. There

6    was a prior report with that 7-month range, 7- to 13-month

7    range, but I believe that was on a different violation. I

8    think now, particularly that the defendant has been

9    convicted of a felony in Superior Court, it would be a Grade

10   A violation, so we're certainly looking at a much more

11   significant period of time. The government would

12   strenuously oppose any sentence of time served of that three

13   months that he has already received.

14       If the Court wishes to go forward with sentencing

15   today on the HOV and with the full hearing, we're certainly

16   prepared to do so. If not, I think the alternative would be

17   for the Court to lodge a detainer against the defendant in

18   the form of a warrant, which would then essentially toll the

19   time on which he is on supervised release, and permit the

20   Court to await the December 16th sentencing. I do believe

21   that the sentencing will go forward at that time. The only

22   reason that it was continued is because there was a

23   discrepancy in terms of the defendant's criminal history,

24   and briefings have been filed in Superior Court on that

25   issue, and according to the AUSA assigned to that matter, he

1  fully expects the sentencing to occur on December 16th.  So
2  we could certainly set something for the following week with
3  the expectation of going forward at that time.
4          THE COURT:  All right.  Let me hear from the
5  probation officer about options then.
6          Is this a Grade A?
7          U.S. PROBATION OFFICER KEVIN DICK:  That is
8  correct, Your Honor.  I did have a discussion with the
9  Public Defender, and we did look at a previous report.  When
10 I look at all of the reports, there were at least three
11 reports that were filed, April 2010, which two of them did
12 cite the Grade C violation category, between 7 to 13 months,
13 but there is a Grade A violation reported in the April 28,
14 2010 report that cites that the guidelines range is 30 to 37
15 months.
16         THE COURT:  That's on which offense?
17         U.S. PROBATION OFFICER KEVIN DICK:  Under
18 Violation Number 5 for the report --
19         THE COURT:  Did you say April 13th?
20         U.S. PROBATION OFFICER KEVIN DICK:  April 28th,
21 Your Honor, 2010.
22         THE COURT:  Okay.  Violation 5?
23         U.S. PROBATION OFFICER KEVIN DICK:  Yes, Your
24 Honor, and that's the charge before the Superior Court that
25 set forth sentence on December 16th of this year.

1         THE COURT:  That's an ADW?
2         U.S. PROBATION OFFICER KEVIN DICK:  Yes, Your
3    Honor.
4         THE COURT:  And that's what he was convicted of,
5    ADW?
6         U.S. PROBATION OFFICER KEVIN DICK:  Yes, Your
7    Honor.
8         MS. CONNELLY:  Actually, Your Honor, he was
9    convicted of the felony threats charge after a jury trial,
10   but the jury hung on the two assault counts.
11        THE COURT:  Okay.
12        MS. CONNELLY:  But it is my understanding it's a
13   Grade A violation because it is a felony charge, and that is
14   what he was convicted of.
15        THE COURT:  Convicted on what?
16        MS. CONNELLY:  He was convicted on a felony
17   threats count, one count of felony threats, and the jury
18   hung on the two counts of assault with a dangerous weapon.
19        THE COURT:  And the government is not going to go
20   forward with that and just go with the --
21        MS. CONNELLY:  That's my understanding.  They have
22   not set new trial dates.  They will just go forward with the
23   sentencing.
24        THE COURT:  Okay.  All right.  In light of that,
25   and in light of where the guidelines are then, I think we'll

1  have to trail the sentencing over there.
2          Is the best way then a summons and set a date for
3  the December --
4          MR. SPENCER:  We would request, Your Honor, to
5  issue a warrant.  The reason why is, you wouldn't want Mr.
6  Head being transported out through the Federal Bureau of
7  Prisons.  It would be kind of costly to bring him back.
8          THE COURT:  With a summons they might transfer,
9  okay.
10         MR. SPENCER:  Yes.
11         THE COURT:  All right, the clerk will issue a
12 bench warrant and lodge a detainer.  I will go ahead and set
13 a date that following week.  That's December 16th?
14         MR. SPENCER:  December 16th is a Friday, Your
15 Honor.
16         THE COURT:  How about the 19th at two o'clock?  Is
17 the government available then?
18         MS. CONNELLY:  Your Honor, I am not available that
19 afternoon.  Do you have anything in the morning or anything
20 the next day?
21         THE COURT:  I think the morning of the 11th would
22 work.
23         MS. CONNELLY:  That's perfect.
24         MR. SPENCER:  Your Honor, may I have permission of
25 the Court to have someone in my stay?

1          THE COURT: Yes.

2          MR. SPENCER: Thank you.

3          THE COURT: Mr. Spencer, will you still be - you

4   will be handling it for Ms. Jahn? She's not going to be

5   back by then, I assume.

6          MR. SPENCER: Your Honor, she will be back the

7   first of January, so --

8          THE COURT: Okay. Well, we could do January 4th

9   at 9:30.

10         MR. SPENCER: That's fine.

11         THE COURT: Would that work?

12         MS. CONNELLY: That's fine with the government,

13  Your Honor.

14         MR. SPENCER: That's fine with me, Your Honor. If

15  she's not available, I will show up, Your Honor.

16         THE COURT: Okay.

17         MR. SPENCER: But she has promised me she will be

18  back January 1st.

19         THE COURT: All right, then January 4th at 9:30,

20  and the clerk will issue a bench warrant and lodge a

21  detainer, and I will see you all then. Thanks very much,

22  counsel.

23         MR. SPENCER: Your Honor, if the Court is going to

24  issue a warrant, I would ask that the Court make it a

25  detainer also so that he can start getting some time served.

1       THE COURT: Yes. I agree. I agree.

2       MR. SPENCER: Thank you.

3       THE COURT: And lodge a detainer so that it will

4  count toward his time.

5       MR. SPENCER: Yes, Your Honor.

6       MS. CONNELLY: Thank you, Your Honor.

7       THE COURT: Thank you.

8       **(Whereupon, the proceedings in the above-entitled**

9  **matter were adjourned at 10:25 a.m.)**

13              **CERTIFICATE OF REPORTER**

14       I certify that the foregoing is a correct

15  transcript from the record of proceedings in the

16  above-entitled matter.

18                     _____

19                          Theresa M. Sorensen, CVR-CM

20                              Official Court Reporter

**0**

07-348 [2]  1/3 2/2

**1**

10:15 [1]  1/5
10:25 [1]  10/9
11th [1]  8/21
13 [2]  4/3 6/12
13-month [1]  5/6
13th [2]  2/25 6/19
16th [6]  2/19 5/20 6/1 6/25 8/13 8/14
19th [1]  8/16
1st [1]  9/18

**2**

20 [2]  3/2 3/7
20001 [1]  1/24
20004 [1]  1/19
20030 [1]  1/14
2010 [3]  6/11 6/14 6/21
2011 [1]  1/5
202 [2]  1/20 1/24
208-7500 [1]  1/20
28 [1]  6/13
28th [1]  6/20

**3**

30 [2]  5/5 6/14
3118 [1]  1/24
333 [1]  1/23
348 [2]  1/3 2/2
354-3118 [1]  1/24
37 [2]  5/5 6/14

**4**

4th [2]  9/8 9/19

**5**

555 [1]  1/14

**6**

625 [1]  1/19
6519 [1]  1/23

**7**

7-month [1]  5/6
7500 [1]  1/20

**9**

9:30 [2]  9/9 9/19

**A**

a-half [1]  4/4
a.m [2]  1/5 10/9
about [3]  4/4 6/5 8/16
above [2]  10/8 10/16
above-entitled [2]  10/8 10/16
according [4]  3/1 4/12 4/13 5/25
Actually [1]  7/8
address [1]  4/11
adjourned [1]  10/9
advisory [1]  4/2
ADW [2]  7/1 7/5
after [3]  2/11 4/14 7/9
afternoon [1]  8/19
again [1]  4/17
against [1]  5/17
agree [2]  10/1 10/1
agreed [1]  3/3
ahead [1]  8/12
alcohol [1]  4/15
all [8]  2/13 4/22 6/4 6/10 7/24 8/11 9/19 9/21
already [3]  2/17 4/5 5/13

also [2]  3/25 9/25
alternative [1]  5/16
am [1]  8/18
AMERICA [2]  1/3 2/3
anticipated [1]  2/17
any [1]  5/12
anything [2]  8/19 8/19
APPEARANCES [1]  1/12
appears [1]  2/24
approximately [1]  3/2
April [4]  6/11 6/13 6/19 6/20
are [2]  4/20 7/25
area [4]  3/13 3/13 3/14 3/18
as [4]  2/12 3/5 4/3 4/17
ask [4]  2/23 3/25 4/5 9/24
asked [2]  3/5 4/21
assault [2]  7/10 7/18
assigned [1]  5/25
ASSISTANT [1]  1/17
assume [2]  2/7 9/5
Attorney's [1]  1/13
AUSA [1]  5/25
available [3]  8/17 8/18 9/15
Avenue [2]  1/19 1/23
await [1]  5/20
away [1]  4/19

**B**

back [7]  3/10 3/18 4/8 8/7 9/5 9/6 9/18
be [11]
because [9]  2/18 3/4 3/7 3/12 3/14 3/15 4/2 5/22 7/13
been [4]  2/17 2/19 5/8 5/24
before [5]  1/10 2/13 3/3 3/22 6/24
behalf [2]  2/4 2/4
behind [1]  4/20
being [1]  8/6
believe [4]  4/3 5/5 5/7 5/20
believes [1]  3/11
bench [2]  8/12 9/20
best [1]  8/2
between [1]  6/12
briefings [1]  5/24
bring [1]  8/7
brother [1]  3/16
Bureau [1]  8/6

**C**

can [1]  9/25
case [4]  2/2 2/16 3/3 3/15
catch [1]  2/16
category [1]  6/12
CATHERINE [1]  1/13
certainly [4]  4/10 5/10 5/15 6/2
CERTIFICATE [1]  10/13
certify [1]  10/14
charge [3]  6/24 7/9 7/13
CHIEF [1]  1/10
cite [1]  6/12
cites [1]  6/14
clerk [2]  8/11 9/20
CM [2]  1/22 10/19
COLUMBIA [2]  1/1 1/18
come [1]  4/8
company [1]  3/12
completes [1]  3/17
CONNELLY [3]  1/13 2/4 4/23
consider [5]  2/24 3/6 3/25 4/1 4/5
Constitution [1]  1/23
continued [2]  2/19 5/22
convicted [6]  5/9 7/4 7/9 7/14 7/15 7/16
conviction [2]  3/21 4/2
correct [2]  6/8 10/14

costly [1]  8/7
could [3]  3/20 6/2 9/8
counsel [1]  9/22
count [3]  7/17 7/17 10/4
counts [2]  7/10 7/18
COURT [26]
Courthouse [1]  1/23
cover [1]  2/15
criminal [1]  5/23
custody [1]  3/3
CVR [2]  1/22 10/19
CVR-CM [2]  1/22 10/19

**D**

D.C [2]  1/4 1/19
dangerous [1]  7/18
Dani [1]  2/14
date [3]  2/10 8/2 8/13
dates [1]  7/22
day [1]  8/20
days [2]  3/2 3/7
DC [2]  1/14 1/24
dealing [1]  4/15
December [9]  2/8 2/19 4/8 5/20 6/1 6/25 8/3 8/13 8/14
defendant [5]  1/7 1/16 2/5 5/8 5/17
defendant's [1]  5/23
DEFENDER [3]  1/17 1/17 6/9
detainer [5]  5/17 8/12 9/21 9/25 10/3
Dick [1]  2/5
did [4]  6/8 6/9 6/11 6/19
different [1]  5/7
discrepancy [1]  5/23
discussing [1]  2/12
discussion [1]  6/8
DISTRICT [3]  1/1 1/1 1/18
do [4]  5/16 5/20 8/19 9/8
does [2]  3/21 4/19
doesn't [1]  4/7
doubt [1]  4/13
drug [1]  4/16
DWAYNE [2]  1/6 2/3

**E**

Ellucian [2]  3/5 4/17
employment [2]  3/4 3/11
entitled [2]  10/8 10/16
ESQUIRE [2]  1/13 1/16
essentially [1]  5/18
everything [2]  2/23 3/17
expectation [1]  6/3
expects [1]  6/1
expire [1]  2/25

**F**

face [1]  3/8
Federal [1]  8/6
felony [5]  5/9 7/9 7/13 7/16 7/17
file [2]  3/1 4/13
filed [2]  5/24 6/11
finds [1]  3/23
fine [3]  9/10 9/12 9/14
first [2]  4/23 9/7
following [2]  6/2 8/13
foregoing [1]  10/14
form [1]  5/18
forth [1]  6/25
forward [5]  5/14 5/21 6/3 7/20 7/22
Fourth [1]  1/14
free [1]  4/16
Friday [1]  8/14
full [1]  5/15
fully [1]  6/1
further [1]  2/10

| | | |
|---|---|---|
| **G** | **knows** [1]  2/13 | **perfect** [1]  8/23 |
| **gainful** [1]  3/4 | | **period** [2]  4/14 5/11 |
| **get** [3]  2/22 3/18 4/20 | **L** | **permission** [1]  8/24 |
| **getting** [2]  3/10 9/25 | **laborer** [2]  3/5 4/17 | **permit** [1]  5/19 |
| **go** [6]  5/14 5/21 7/19 7/20 7/22 8/12 | **LAMBERTH** [2]  1/10 4/9 | **prepared** [1]  5/16 |
| **going** [4]  6/3 7/19 9/4 9/23 | **later** [1]  4/8 | **previous** [2]  2/13 6/9 |
| **got** [2]  2/20 4/14 | **least** [3]  3/9 4/7 6/10 | **prior** [1]  5/6 |
| **government** [7]  1/4 1/13 2/4 5/11 7/19 8/17 9/12 | **leave** [1]  2/15 | **Prisons** [1]  8/7 |
| **Grade** [6]  5/4 5/9 6/6 6/12 6/13 7/13 | **Let** [2]  4/22 6/4 | **probation** [4]  2/2 2/5 2/9 6/5 |
| **GREGORY** [1]  1/16 | **life** [1]  3/10 | **problems** [2]  3/13 4/15 |
| **Group** [2]  3/5 4/17 | **light** [2]  7/24 7/25 | **proceedings** [2]  10/8 10/15 |
| **guess** [1]  4/14 | **like** [3]  3/9 4/10 4/10 | **process** [1]  3/10 |
| **guidelines** [3]  4/3 6/14 7/25 | **living** [1]  3/13 | **promised** [1]  9/17 |
| | **lodge** [4]  5/17 8/12 9/20 10/3 | **PT** [1]  1/3 |
| **H** | **look** [2]  6/9 6/10 | **PUBLIC** [3]  1/17 1/17 6/9 |
| **had** [5]  3/4 3/7 3/12 3/13 4/21 | **looking** [1]  5/10 | **punishment** [2]  3/8 3/24 |
| **half** [1]  4/4 | **Luther** [1]  4/18 | **put** [1]  2/20 |
| **halfway** [2]  3/4 4/15 | | |
| **handling** [1]  9/4 | **M** | **R** |
| **has** [8]  2/21 3/11 3/13 3/17 4/4 5/8 5/13 9/17 | **make** [1]  9/24 | **range** [4]  5/5 5/6 5/7 6/14 |
| **have** [13] | **Martin** [1]  4/18 | **reason** [3]  4/12 5/22 8/5 |
| **he** [40] | **maternity** [1]  2/15 | **received** [1]  5/13 |
| **he's** [2]  3/14 4/19 | **matter** [6]  2/12 2/22 4/5 5/25 10/9 10/16 | **record** [1]  10/15 |
| **head** [12] | **matters** [1]  4/9 | **release** [2]  3/3 5/19 |
| **Head's** [1]  4/2 | **may** [3]  2/11 4/24 8/24 | **released** [2]  3/9 4/14 |
| **hear** [3]  4/10 4/22 6/4 | **me** [7]  3/5 4/17 4/21 4/22 6/4 9/14 9/17 | **remain** [1]  4/24 |
| **hearing** [4]  1/9 2/8 2/18 5/15 | **memo** [3]  3/1 4/12 4/13 | **remained** [1]  4/16 |
| **hearings** [1]  2/13 | **Memorial** [1]  4/18 | **report** [4]  5/6 6/9 6/14 6/18 |
| **her** [2]  2/15 4/13 | **microphone** [1]  4/25 | **reported** [1]  6/13 |
| **here** [2]  3/15 3/16 | **might** [1]  8/8 | **Reporter** [4]  1/22 1/22 10/13 10/20 |
| **him** [4]  2/23 3/3 4/20 8/7 | **month** [2]  5/6 5/6 | **reports** [2]  6/10 6/11 |
| **his** [15] | **months** [8]  3/2 3/7 4/3 4/4 5/5 5/13 6/12 6/15 | **represented** [1]  2/14 |
| **history** [1]  5/23 | **more** [1]  5/10 | **request** [3]  3/6 4/21 8/4 |
| **home** [1]  3/19 | **morning** [2]  8/19 8/21 | **resolve** [3]  2/22 3/16 4/9 |
| **Honor** [20] | **moved** [1]  3/15 | **resulted** [1]  3/17 |
| **HONORABLE** [1]  1/10 | **Mr** [14] | **right** [5]  4/22 6/4 7/24 8/11 9/19 |
| **hopefully** [1]  3/16 | **Ms** [6]  2/3 2/14 3/1 4/12 4/22 9/4 | **Room** [1]  1/23 |
| **hopes** [1]  3/17 | **much** [2]  5/10 9/21 | **ROYCE** [1]  1/10 |
| **house** [2]  3/4 4/15 | **my** [4]  5/3 7/12 7/21 8/25 | |
| **HOV** [1]  5/15 | | **S** |
| **How** [1]  8/16 | **N** | **say** [1]  6/19 |
| **hung** [2]  7/10 7/18 | **N.W** [2]  1/14 1/19 | **scheduled** [1]  2/18 |
| | **new** [1]  7/22 | **seated** [1]  4/24 |
| **I** | **next** [1]  8/20 | **see** [1]  9/21 |
| **I'm** [1]  2/15 | **NIH** [1]  4/19 | **sentence** [5]  3/22 4/6 4/7 5/12 6/25 |
| **immediately** [1]  3/9 | **no** [1]  4/12 | **sentenced** [1]  2/17 |
| **impose** [1]  4/7 | **normally** [1]  2/25 | **sentencing** [6]  5/14 5/20 5/21 6/1 7/23 8/1 |
| **imposes** [1]  3/24 | **not** [11] | **served** [5]  3/7 4/4 4/6 5/12 9/25 |
| **imposing** [1]  4/6 | **November** [3]  1/5 2/18 2/25 | **SERVICE** [1]  1/18 |
| **incarceration** [1]  3/18 | **now** [1]  5/8 | **set** [6]  2/10 6/2 6/25 7/22 8/2 8/12 |
| **Indiana** [1]  1/19 | **Number** [2]  1/3 6/18 | **she** [3]  9/6 9/17 9/17 |
| **indicated** [3]  2/21 4/4 4/17 | **NW** [1]  1/23 | **she's** [2]  9/4 9/15 |
| **is** [24] | | **shoes** [1]  2/15 |
| **issue** [6]  2/9 5/25 8/5 8/11 9/20 9/24 | **O** | **show** [1]  9/15 |
| **issues** [2]  3/16 4/11 | **o'clock** [1]  8/16 | **significant** [1]  5/11 |
| **it** [14] | **occur** [1]  6/1 | **simplest** [1]  2/8 |
| **it's** [3]  2/19 5/3 7/12 | **offense** [1]  6/16 | **simply** [1]  2/9 |
| **itself** [1]  3/21 | **Office** [3]  1/13 1/17 2/6 | **so** [11] |
| | **officer** [2]  2/9 6/5 | **some** [4]  3/16 3/24 4/7 9/25 |
| **J** | **Official** [2]  1/22 10/20 | **someone** [1]  8/25 |
| **Jahn** [2]  2/14 9/4 | **okay** [6]  6/22 7/11 7/24 8/9 9/8 9/16 | **something** [1]  6/2 |
| **Jahn's** [2]  3/1 4/12 | **once** [1]  3/17 | **SORENSEN** [2]  1/22 10/19 |
| **January** [4]  9/7 9/8 9/18 9/19 | **one** [2]  2/24 7/17 | **SPENCER** [4]  1/16 2/4 2/7 9/3 |
| **JUDGE** [2]  1/10 4/9 | **only** [1]  5/21 | **spent** [1]  3/2 |
| **jury** [3]  7/9 7/10 7/17 | **opportunity** [1]  3/11 | **squared** [1]  4/19 |
| **just** [6]  3/19 4/1 4/8 4/20 7/20 7/22 | **oppose** [1]  5/12 | **start** [2]  3/19 9/25 |
| | **option** [1]  3/20 | **STATES** [4]  1/1 1/3 1/10 2/3 |
| **K** | **options** [1]  6/5 | **stay** [1]  8/25 |
| **Kevin** [1]  2/5 | **other** [2]  2/13 3/20 | **still** [3]  3/8 3/11 9/3 |
| **kind** [1]  8/7 | **out** [3]  2/14 4/18 8/6 | **Street** [1]  1/14 |
| **King** [1]  4/18 | **over** [4]  2/20 2/23 3/19 8/1 | **strenuously** [1]  5/12 |
| **know** [2]  3/1 4/20 | | **suggest** [1]  3/20 |
| | **P** | **suggesting** [1]  2/9 |
| | **particularly** [3]  3/14 3/22 5/8 | |

| | | |
|---|---|---|
| **S** | way [2] 2/9 8/2 | |
| suggestions [1] 2/24 | we [8] 2/9 3/24 4/3 4/5 6/2 6/9 8/4 9/8 | |
| summons [3] 2/10 8/2 8/8 | we'll [1] 7/25 | |
| Superior [4] 3/8 5/9 5/24 6/24 | we're [2] 5/10 5/15 | |
| supervised [1] 5/19 | weapon [1] 7/18 | |
| supervision [6] 2/25 3/6 3/15 3/23 4/1 4/2 | Wednesday [1] 1/5 | |
| | week [2] 6/2 8/13 | |
| **T** | Well [1] 9/8 | |
| terminate [1] 4/1 | were [3] 6/10 6/11 10/9 | |
| terminating [1] 3/6 | what [3] 7/4 7/14 7/15 | |
| terms [2] 5/3 5/23 | When [1] 6/9 | |
| Thank [5] 5/2 9/2 10/2 10/6 10/7 | where [1] 7/25 | |
| Thanks [1] 9/21 | Whereupon [1] 10/8 | |
| that [42] | which [4] 5/18 5/19 6/11 6/16 | |
| that's [10] 6/16 6/24 7/1 7/4 7/21 8/13 8/23 9/10 9/12 9/14 | who [1] 2/14 | |
| them [1] 6/11 | why [1] 8/5 | |
| then [9] 2/8 5/18 6/5 7/25 8/2 8/17 9/5 9/19 9/21 | will [12] | |
| there [6] 3/19 5/5 5/22 6/10 6/13 8/1 | wishes [1] 5/14 | |
| THERESA [2] 1/22 10/19 | work [2] 8/22 9/11 | |
| they [3] 7/21 7/22 8/8 | worked [2] 3/12 4/18 | |
| things [1] 4/21 | working [1] 4/16 | |
| think [6] 3/14 4/19 5/8 5/16 7/25 8/21 | would [20] | |
| this [17] | wouldn't [1] 8/5 | |
| those [2] 4/11 4/20 | | |
| threats [3] 7/9 7/17 7/17 | **Y** | |
| three [5] 3/2 3/7 4/4 5/12 6/10 | year [2] 3/1 6/25 | |
| through [1] 8/6 | yes [10] 2/11 2/20 5/1 6/23 7/2 7/6 8/10 9/1 10/1 10/5 | |
| time [9] 4/6 4/14 5/11 5/12 5/19 5/21 6/3 9/25 10/4 | you [14] | |
| today [3] 2/15 2/22 5/15 | Your [20] | |
| today's [1] 2/18 | | |
| together [1] 3/10 | | |
| told [1] 2/23 | | |
| toll [1] 5/18 | | |
| toward [1] 10/4 | | |
| trail [2] 2/8 8/1 | | |
| transcript [2] 1/9 10/15 | | |
| transfer [2] 2/2 8/8 | | |
| transferred [1] 3/15 | | |
| transported [1] 8/6 | | |
| trial [2] 7/9 7/22 | | |
| Trust [2] 3/5 4/16 | | |
| try [4] 2/22 2/22 3/18 4/9 | | |
| trying [3] 2/15 2/16 4/20 | | |
| two [5] 2/24 6/11 7/10 7/18 8/16 | | |
| type [1] 3/24 | | |
| **U** | | |
| U.S [2] 1/13 1/23 | | |
| Under [1] 6/17 | | |
| understand [1] 2/19 | | |
| understanding [3] 5/4 7/12 7/21 | | |
| UNITED [4] 1/1 1/3 1/10 2/3 | | |
| up [2] 2/16 9/15 | | |
| upon [2] 3/24 4/7 | | |
| use [1] 4/25 | | |
| **V** | | |
| versus [1] 2/3 | | |
| very [1] 9/21 | | |
| violating [1] 4/1 | | |
| violation [12] | | |
| **W** | | |
| wait [1] 3/22 | | |
| want [2] 2/7 8/5 | | |
| wanting [1] 3/25 | | |
| wants [4] 2/21 2/22 3/18 4/9 | | |
| warrant [5] 5/18 8/5 8/12 9/20 9/24 | | |
| was [16] | | |
| Washington [4] 1/4 1/14 1/19 1/24 | | |